# Court of Appeals
# of the State of Georgia

ATLANTA, July 31, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0038. KATHY RODGERS v. DAI YING HUI et al.**

Kathy Rodgers filed suit against Dai Ling Hui and others in magistrate court. Following an adverse ruling, Rodgers appealed to the superior court. The superior court dismissed the appeal, and Rodgers appealed to this Court. We, however, lack jurisdiction.

Because the appeal to this Court is from the decision of a superior court reviewing de novo the decision of a magistrate court, Rodgers was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); Bullock v. Sand, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." Smoak v. Dept. of Human Resources, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Rodgers' failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/31/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*